**UNITED STATES of America, Plaintiff—Appellee,**

v.

**JUVENILE FEMALE, Defendant— Appellant.**

**No. 09–10078.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 26, 2010.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

MEMORANDUM **

Juvenile Female appeals from the sentence imposed following the revocation of juvenile delinquent supervision. We have jurisdiction pursuant to 28 U.S.C. § 1291 and we affirm.

Juvenile Female contends that the district court erred by imposing a sentence contrary to the rehabilitative goals of the Federal Juvenile Delinquency Act. ("FJDA"). The record reflects that the district court adequately considered the relevant factors within the FJDA while accounting for the particularized rehabilitative needs of Juvenile Female, and im-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

posed a sentence that was the least restrictive means to meet those needs. *Cf. United States v. Juvenile,* 347 F.3d 778, 787–90 (9th Cir.2003).

**AFFIRMED.**